

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00644-CR

**EX PARTE** Miguel A. **ESPINOZA**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR8739
Honorable Stephanie R. Boyd, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: December 28, 2022

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant appellant's motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH